IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HAROLD CAMERON                                                                    PLAINTIFF

v.                           Case No. 1:16-cv-1098

VESCOM CORPORATION and
HEALTHPLANS, INC.                                                              DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Harold Cameron's Stipulation of Dismissal. (ECF No. 12). Plaintiff requests that all of his claims against Defendant HealthPlans, Inc. ("HealthPlans") be dismissed without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." The instant stipulation of dismissal is signed by all parties who have appeared in this matter.[1] Accordingly, all of Plaintiff's claims against HealthPlans are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Vescom remain in this case.

**IT IS SO ORDERED**, this 14th day of June, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Although Defendant Vescom Corporation ("Vescom") did not sign the stipulation of dismissal, this does not preclude dismissal of Plaintiff's claims against HealthPlans due to the fact that Vescom has not retained counsel, filed any documents, or otherwise appeared in this matter. *See United States v. Altman*, 750 F.2d 684, 695 (8th Cir. 1984) ("[Rule 41] permits the dismissal of an action upon the signing of a stipulation by all parties who have appeared in the case.").