IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HAROLD CAMERON                                                                                    PLAINTIFF

v.                                            Case No. 1:16-cv-1098

VESCOM CORPORATION                                                                           DEFENDANT

## JUDGMENT

Before the Court is Plaintiff Harold Cameron's Motion for Default Judgment. (ECF No. 16). Defendant Vescom Corporation ("Vescom") has not responded to the motion, and the time to do so has passed. On August 15, 2017, the Court held a hearing on Plaintiff's motion. (ECF No. 19). The Court finds the matter ripe for consideration.

For the reasons set forth in the Order of even date, the Court finds that Plaintiff's motion (ECF No. 16) should be and hereby is **GRANTED IN PART AND DENIED IN PART**. Judgment is hereby entered in favor of Plaintiff Harold Cameron and against Defendant Vescom Corporation in the amount of $58,057.43, with pre-judgment accruing at the rate allowable by law from December 23, 2013, until the date of entry of this Judgment, and post-judgment interest accruing at the rate allowable by law from the date of entry of this Judgment until the judgment is paid. Plaintiff is also awarded $12,152.50 in reasonable attorney's fees and $454.81 in reasonable costs. Finally, Plaintiff is awarded $34,500.00, pursuant to 29 U.S.C. § 1132(c)(1).

**IT IS SO ORDERED**, this 6th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge